IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No.: 4:10-CR-94-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DARYL BERNARD TYSON, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Defendant's Medical Records [D.E. 106] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 105] For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Defendant's Medical Records [D.E. 106].

SO ORDERED this 15 day of April, 2022.

JAMES C. DEVER, III
United States District Court Judge